# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 14-8679 PSG(JC) | Date | March 20, 2015 |
|---|---|---|---|
| Title | Joseph Woods v. City of Pasadena, et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Hana Rashad | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| none | none |

**Proceedings:**     (IN CHAMBERS)

### ORDER TO SHOW CAUSE RE DISMISSAL

On November 17, 2014, plaintiff, Joseph Woods ("plaintiff"), who is at liberty and has been granted leave to proceed *in forma pauperis*, filed a *pro se* Civil Rights Complaint ("Complaint") pursuant to 42 U.S.C. § 1983 ("Section 1983") against four municipal defendants, namely (1) the City of Pasadena ("Pasadena"); (2) the Pasadena Police Department ("PPD"); (3) the City of Irvine ("Irvine"); and (4) the Irvine Police Department ("IPD") (collectively "Municipal Defendants"); as well as four individual defendants, namely (5) PPD Chief Phillip Sanchez ("Sanchez"); (6) IPD Chief David Maggard, Jr. ("Maggard"); (7) PPD Officer Craddolph (also referenced as Doe 1) ("Craddolph"); (8) IPD Officer Chandler (also referenced as Doe 2) ("Chandler") (collectively "Individual Defendants"); and (9) multiple unnamed officials referenced as "Does 3-20" ("Doe Defendants"). Plaintiff appears to sue the Individual Defendants in their individual capacities, but it is unclear if plaintiff also intends to sue them in their official capacities as well. (Complaint ¶¶ 5-6, 11-13, 15). Plaintiff seeks monetary damages against all defendants. (Complaint at 13).

On February 19, 2015, this Court dismissed claims and defendants from the Complaint with leave to amend and ordered (1) if plaintiff wished further to pursue any of the dismissed claims and defendants he had to file a First Amended Complaint within fourteen (14) days, *i.e.*, by March 5, 2015; or (2) if plaintiff did not wish further to pursue any of the dismissed claims and defendants, he had to file either a Notice of Intent Not to File First Amended Complaint (which would result in the action proceeding solely as to the remaining claims and defendants) or to sign and return a Notice of Dismissal (which would result in the dismissal without prejudice of the claims and defendants specified therein and the action proceeding solely as to the remaining claims and defendants) within fourteen (14) days, *i.e.*, by March 5, 2015. The Court expressly cautioned plaintiff that the failure timely to respond to the February 19 Order, i.e., to file either (i) a First Amended Complaint; or (ii) a Notice of Intent Not to File First Amended Complaint or Notice of Dismissal, may result in the dismissal of this action with or without prejudice based upon plaintiff's failure diligently to prosecute and/or plaintiff's failure to comply with the Court's order. To date, although the foregoing deadline has expired, plaintiff has failed to file a First Amended Complaint, a Notice of Intent Not to File First Amended Complaint, a Notice of Dismissal or a request for an extension of time to do so.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-8679 PSG(JC) | Date | March 20, 2015 |
|---|---|---|---|
| Title | Joseph Woods v. City of Pasadena, et al. | | |

    IT IS THEREFORE ORDERED that the plaintiff shall show cause in writing, on or before **April 3, 2015**, why this action should not be dismissed based upon plaintiff's failure to prosecute and/or plaintiff's failure to comply with the February 19 Order. **If plaintiff no longer wishes to pursue this action, he may expedite matters by instead signing and returning the attached Notice of Dismissal by the foregoing deadline.**

    **Plaintiff is cautioned that the failure to comply with this order and/or to show good cause, will result in the dismissal of this action based upon plaintiff's failure to prosecute this action, plaintiff's failure to comply with the February 19 Order, and/or plaintiff's failure to comply with the instant Order.**

    IT IS SO ORDERED.

Attachment

| | Initials of Deputy Clerk | hr |
|---|---|---|